# EXHIBIT 1

**Judgment entered February 7, 2024 & Acknowledgment of Assignment of Judgment filed February 8, 2024**

Received County of Berks Prothonotary's Office on 02/08/2024 5:31 PM Prothonotary Docket No. 24-01461

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT BEEN,                          :

    *Plaintiff,*              :

                            :

    v.                        :   **CIVIL ACTION**
                            :   **NO. 23-0292**

ACTIVE WORLD HOLDINGS, INC. and      :
ALFONSO KNOLL,                       :

    *Defendants.*             :

### ORDER

**AND NOW,** this **7th** day of **February, 2024**, upon consideration of Plaintiff Scott Been's

Unopposed Motion to Enforce Settlement Agreement By Entry of Agreed Judgment (ECF No.

67), it is hereby **ORDERED** that the motion is **GRANTED**.

    **IT IS FURTHER ORDERED** as follows:

1.     The Agreed Judgment (attached to the motion at ECF No. 67-1) is **APPROVED**.

2.     **JUDGMENT** in the amount of $921,925.00 is **ENTERED** in favor of plaintiff

Scott Been and against defendants Active World Holdings, Inc. and Alfonso Knoll.

                              **BY THE COURT:**

                             _____

                              **HON. KAI N. SCOTT**
                              **United States District Court Judge**

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 2/8/24
ATTEST:
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Received County of Berks Prothonotary's Office on 02/08/2024 5:31 PM Prothonotary Docket No. 24-01461

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| SCOTT BEEN, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 5:23-CV-00292-KNS |
| v. | : |  |
| ACTIVE WORLD HOLDINGS, INC. d/b/a ACTIVE WORLD CLUB and ALFONSO KNOLL | : | |
| Defendants. | : | |

### AGREED JUDGMENT

WHEREAS Plaintiff Scott Been ("Been") and Defendants Active World Holdings, Inc. d/b/a Active World Club ("AWC") and Alfonso Knoll ("Knoll") (collectively "Defendants") resolved the claims and disputes between them according to the Settlement and Release Agreement dated October 26, 2023 (the "Agreement").

ORDERED AND DECREED Scott Been shall have and recover in the amount of $921,925.00 against AWC and Alfonso Knoll jointly and severally.

All other claims are denied and dismissed with prejudice.

All writs and processes necessary for the collection and enforcement of this Agreed Judgment shall issue.

The Court retains jurisdiction to enable any party to this Agreed Judgment to apply to this Court at any time for such further orders and directions as may be necessary or appropriate to carry

A TRUE COPY CERTIFIED FROM THE RECORD

DATED: 2/8/24

ATTEST:

DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

out or construe this Agreed Judgment, to modify or terminate any of its provisions, to enforce

compliance, and to punish any violations of its provisions.

Date: _____

_____
Hon. Kai N. Scott
United States District Court Judge

**SCOTT BEEN**

_Scott Been_

**ATTORNEYS FOR PLAINTIFF SCOTT BEEN**

_Adriana Duran_
Notary Public

**KANG HAGGERTY LLC**

By: _/s/ Kandis L. Kovalsky_
Kandis L. Kovalsky
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109
(P): (215) 525-5850
kkovalsky@kanghaggerty.com

**HENDERSHOT COWART PC**

By: _/s/ Simon W. Hendershot, III_
Simon W. Hendershot, III
David L. Augustus
1800 Bering Drive, Suite 600
Houston, Texas 77057
(P): (713) 783-3110
trey@hchlawyers.com
daugustus@hchlawyers.com

2

**Agreed Judgement**

Received County of Berks Prothonotary's Office on 02/08/2024 5:31 PM Prothonotary Docket No. 24-01461

ALFONSO KNOLL

ACTIVE WORLD HOLDINGS, INC.

By: Alfonso Knoll, President

ATTORNEYS FOR DEFENDANTS,
ACTIVE WORLD HOLDINGS INC. AND ALFONSO KNOLL

HARTMAN, VALERIANO, MAGOVERN & LUTZ, PC

By: /s/ George M. Lutz
George M. Lutz, Esquire
1025 Berkshire Blvd., Suite 700
P.O. Box 5828
Wyomissing, PA 19610
(P): (610) 763-0745
glutz@hvmllaw.com

3

Agreed Judgement

Received County of Berks Prothonotary's Office on 02/08/2024 5:31 PM Prothonotary Docket No. 24-01461

Received County of Berks Prothonotary's Office on 02/08/2024 5:31 PM Prothonotary Docket No. 24-01461

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**SCOTT BEEN**

**Plaintiff**

v.

**ACTIVE WORLD HOLDINGS, INC., AND ALFONSO KNOLL**

**Defendants**

**CIVIL ACTION**

**NO. 5:23-CV-00292-KNS**

### ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT

COMES NOW SCOTT BEEN, Plaintiff and Judgment Creditor in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT judgment was entered by this Court on February 7, 2024.

2) THAT Plaintiff was awarded the total amount of $921,925.00 against Defendants ACTIVE WORLD HOLDINGS, INC. and ALFONSO KNOLL.

3) THAT there have been no revivals since the entry of said judgment and that Plaintiff has received $0.00 of judgment from judgment debtor(s).

4) SCOTT BEEN, whose address is 29814 Smoky Ridge Road, Fulshear, TX 77441, is the judgment creditor of record.

5) THAT the last address of record for ACTIVE WORLD HOLDINGS, INC., judgment debtor, is 317 East Penn Avenue, Robesonia, PA 19551.

6) THAT the last address of record for ALFONSO KNOLL, judgment debtor, is 124 Huntzinger Road, Wernersville, PA 19565.

7) THAT I, SCOTT BEEN, judgment creditor, hereby irrevocably transfer, and assign all title, rights, and interest in the judgment to the following person:

1

A TRUE COPY CERTIFIED FROM THE RECORD

DATED: 2/8/24

ATTEST:

DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Received County of Berks Prothonotary's Office on 02/08/2024 5:31 PM Prothonotary Docket No. 24-01461

WFD CAPITAL LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

8) THAT Assignor acknowledges that this is an absolute assignment without recourse and that the rights represented by this judgment that are assigned to the assignee, WFD CAPITAL LLC, are all of the assignor's rights, title and interest in the judgment awarded in the above-entitled action. This is an absolute assignment for the full amount of the judgment with allowed costs and accrued interest thereon at the legal rate from and after the date of entry of this judgment.

9) THAT I hereby irrevocably assign to and authorize Assignee, WFD CAPITAL LLC, to recover, compromise, settle and enforce said judgment at its discretion.

10) WFD CAPITAL LLC, 2657 Mount Carmel Avenue, Glenside, PA 19038, is now the holder and owner of the Judgment.

Signed this _8th_ day of February, 2024.

_____
SCOTT BEEN
Original Judgment Creditor

**NOTARY ACKNOWLEDGEMENT ON FOLLOWING PAGE**

2

# NOTARY ACKNOWLEDGMENT

State of Texas

County of ___FT-Bend___

Before me, ___Alexander Chavez___, Notary Public, on this day personally appeared

SCOTT BEEN, known to me (or proved to me on the oath of _____ or through

___TXDL_____ [Description of Identity Card or Other Document] to be the person whose

name is subscribed to the foregoing instrument and acknowledged to me that he executed

the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this ___8___ day of February, 2024.

(seal)

_____
Notary Public Signature

Received County of Berks Prothonotary's Office on 02/08/2024 5:31 PM Prothonotary Docket No. 24-01461

3

# <u>EXHIBIT 2</u>
# Agreement between WFD Capital LLC and Scott Been dated January 30, 2025

## <u>AMENDED JUDGMENT PURCHASE AGREEMENT AND MUTUAL RELEASE OF CLAIMS:</u>

**<u>Preamble.</u>** This AMENDED JUDGMENT PURCHASE AGREEMENT AND MUTUAL RELEASE OF CLAIMS ("Agreement") is being entered into voluntarily, knowingly and willingly by and between WFD CAPITAL LLC ("WFD") and SCOTT BEEN ("Been") (collectively, shall be referred to as "the Parties").

WHEREAS, on February 7th, 2024, Been obtained a certain judgment, entered in the United States District Court for the Eastern District of Pennsylvania, against Defendants Active World Holdings Inc., d/b/a Active World Club and Alfonso Knoll, in the case of Scott *Been v. Active World Holdings, Inc.*, et. al, Case No. 5:23-cv-00292 in the amount of $921,925.

WHEREAS, on February 8th, 2024, WFD and Been executed a Judgment Purchase Agreement, in which Been agreed to sell all rights, title, and interest in the Judgment to WFD. The consideration for this purchase was ███████████████████████████████████████████████ ████████████████████████████████████████████.

WHEREAS, on February 8th, 2024, Been executed an Acknowledgment of Assignment of Judgment irrevocably transferring and assigning all rights, title, and interest in the Judgment to WFD. This Acknowledgment of Assignment of Judgment was filed with the Court on February 8th, 2024.





1.    **Payment and Other Consideration; Effective Date.**  This Agreement shall be effective on January 30, 2025 (the "Effective Date").

In consideration for the promises and covenants made by Been as set forth in this Agreement, in exchange for Been relinquishing



. There is no penalty or credit if the amount is pre-paid in whole or in part before February 7, 2025.

The payment to Been of $100,000.00 from WFD shall be made via check made payable to "Scott Been" and shall be sent to 21820 South Enchanted Rock Dr., Porter, Tx 77365 via UPS or Fedex with tracking but no signature requirement.



**NON-DISPARAGEMENT AND CONFIDENTIALITY:** As additional consideration, Been agrees to cease further social media posts, podcasts and/or videos, regarding the Judgment Debtors, Active World Holdings Inc. and Alfonso Knoll. Been agrees he will not harass, disparage, slander, defame, or libel the Judgment Debtors in any way, or encourage others to do so. Been further agrees that he will take no actions which are detrimental to or hinder WFD's collection of the sold judgment, including, but not limited to, disclosure of collections strategy, informing Judgment Debtors of the consideration for the sale of the judgment herein, or take any other action which would reasonably impair or hinder WFD's ability to collect. Been agrees he will not contact the Judgment Debtor(s) in the future for any reason. Been also agrees he will not publicly disparage Judgment Debtors, WFD, its principal owner, James Shelton, and/or WFD's legal counsel. The damages of such a breach will be difficult to calculate with precision and may involve speculation, such as to the potential collection value of the judgment. Therefore, in the event Been breaches this provision of the agreement by engaging in any of the above-described conduct, Been will be liable for liquidated damages of $100,000.00, payable to WFD, plus any reasonable attorney's fees and costs incurred in enforcing such provision.





5.    <u>Governing Law and Forum Selection.</u>  This Agreement is made and entered into in the Commonwealth of Pennsylvania and will in all material respects be interpreted, enforced, and governed under the laws of said state without respect to its conflict of law rules.

THE PARTIES AFFIRM THAT THEY HAVE CONSULTED WITH THEIR ATTORNEY(S) PRIOR TO SIGNING THIS AGREEMENT, THAT THEY HAVE READ THE AGREEMENT, AND THAT THEY ARE ENTERING INTO THE AGREEMENT VOLUNTARILY, WITH FULL UNDERSTANDING OF ITS TERMS AND CONSEQUENCES.

**WFD Capital LLC**

By:    James E. Shelton

Its:    Owner

Date:    1/31/2025

**Scott Been**

Date:    1/30/2025

**NOTARY ACKNOWLEDGMENT ON FOLLOWING PAGE**

# NOTARY ACKNOWLEDGMENT

State of Texas                                      :
                                                   :
County of _Montgomery_                             :


Before me, _Kamren Parker_ (insert the name of Notary Public), on this day

personally appeared SCOTT BEEN, known to me (or proved to me on the oath of

_____ (NAME OF REFERRAL) or through _____TXDL_____

(description of identity card or other document) to be the person whose name is subscribed

to the foregoing instrument and acknowledged to me that he executed the same for the

purposes and consideration therein expressed.

Given under my hand and seal of office this _January, 30_ , 2025.

_Kamren Parker_
Notary Public Signature

KAMREN PARKER
Notary Public, State of Texas
Comm. Expires 09-24-2028
Notary ID 135103117

(Seal)

# EXHIBIT 3
# Email to Scott Been dated February 11, 2025

Case 2:25-cv-02630-JS    Document 1-4    Filed 05/22/25    Page 17 of 21

 Gmail

Jamie Shelton <jeshelton595@gmail.com>

## FW: WFD Capital LLC v Active World Holdings, Inc. et al
1 message

**jamie@finalverdictsolutions.com** <jamie@finalverdictsolutions.com>
To: jeshelton595@gmail.com

Mon, Apr 21, 2025 at 5:04 PM

**From:** Jamie Shelton <jamie@finalverdictsolutions.com>
**Sent:** Tuesday, February 11, 2025 1:40 PM
**To:** SB <txferrari@gmail.com>
**Cc:** Andrew Perrong <A@perronglaw.com>
**Subject:** Fwd: WFD Capital LLC v Active World Holdings, Inc. et al

Scott,

Please see the below from George Lutz. Alfonso forwarded me an email you sent to John Bunzel demanding $5k from him. I don't know all the background here between John and Alfonso/AWH, but we need you not to interfere with any of AWH's business or operations so that we can collect on the judgment. You agreed you wouldn't harass, defame, or disparage Alfonso or AWH in any way, and that continuing to do so would interfere with WFD's ability to collect the judgment from Alfonso and AWH. It's my understanding that the Carbon token is an AWH project that directly is part of AWH's business. Threatening them like this puts WFD in a bad situation because it puts the entire settlement/collection efforts at risk. So I'm asking you as politely as I can, and based on your agreement with WFD, can you please stop harassing John Bunzel who is involved in an AWH project, Carbon?

You are totally free to pursue anybody else you want that isn't involved in Alfonso or AWH's business. We just need you to leave Alfonso and AWH alone so that we can collect the rest of the money.

Thank you!

Jamie Shelton

WFD Capital LLC

Begin forwarded message:

> **From:** Andrew Perrong <a@perronglaw.com>
> **Date:** February 10, 2025 at 2:21:42 PM EST
> **To:** Jamie Shelton <jamie@finalverdictsolutions.com>
> **Subject: Fwd: WFD Capital LLC v Active World Holdings, Inc. et al**
>
>
> FYI
>
> ---------- Forwarded message ---------
> From: **Andrew Perrong** <a@perronglaw.com>
> Date: Mon, Feb 10, 2025 at 2:20 PM
> Subject: Re: WFD Capital LLC v Active World Holdings, Inc. et al
> To: George Lutz <glutz@hvmllaw.com>
>
>
> Mr. Lutz,
>
> I am in receipt of this and have communicated these concerns to my client, who I anticipate will communicate them to Mr. Been.
>
> Neither myself nor my client WFD Capital LLC (nor Mr. Shelton for that matter) have anything to do with any of this.
>
> I will be travelling for the better portion of this week and will let you know as soon as I hear.
>
>
> On Mon, Feb 10, 2025 at 2:16 PM George Lutz <glutz@hvmllaw.com> wrote:
>
> | | |
> |---|---|
> | **To:** | Andrew Perrong, Esquire/a@perronglaw.com |
> | **From:** | George M. Lutz, Esquire/glutz@hvmllaw.com |
> | **File:** | WFD Capital LLC v Active World Holdings, Inc. et al |
> | **Re:** | Scott Been |
> | **Date:** | Monday, February 10, 2025 |
>
>
> Andrew:
>
> My understanding is that WFD Capital is party to an agreement with Scott Been wherein Been agrees not to disparage Active World Holdings, Inc. or otherwise interfere with AWH's operations. However, Alfonso Knoll tells me that the AWH Project Carbon token is now being harassed by Been, who is trying to extort $5,000 from its manager, John Bunzel. Here is an excerpt from the harassing email from Been to Bunzel:
>
> > *"Well, I ended Alfonso's career on fraud charges and I think it's fair for me to now start looking in your direction.*
> >
> > *This is just a courtesy email demanding $5k on your scam Carbon NFT. I know the payment went to AWC, but the last thing you need is me filing another federal lawsuit against Alfonso so, since you were the CEO of the project, you are on the hook."*
>
> Been's efforts in this regard will have a negative effect on AWH's operations and is hindering its ability to generate the funds needed to comply with its obligations to WFD.
>
> Accordingly, I am requesting that WFD exercise whatever authority it has, either contractual or otherwise, to compel Been to cease his defamatory communications. Doing so will be in both AWH's and WFD's best interests. I appreciate your efforts.
>
> Regards,

**George M. Lutz, Esquire**

**Berks County Office**

Hartman, Valeriano, Magovern & Lutz, P.C.

1025 Berkshire Boulevard, Suite 700

Wyomissing, PA  19610

**Lehigh Valley Office**

Hartman, Valeriano, Magovern & Lutz, P.C.

6081 Hamilton Blvd. Suite 600

Allentown, PA 18106

Phone: 610-763-0745

Fax:  610-779-7473

Email: glutz@hvmllaw.com

hvmllaw.com



Hartman, Valeriano, Magovern & Lutz, P.C.

INNOVATIVE ATTORNEYS. TRADITIONAL VALUES.

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

# <u>EXHIBIT 4</u>
# Cease and Desist Email to Scott Been dated February 12, 2025

 **Gmail**

## FW: WFD Capital LLC v Active World Holdings, Inc. et al

| | |
|---|---|
| jamie@finalverdictsolutions.com <jamie@finalverdictsolutions.com> | Mon, Apr 21, 2025 at 5:05 PM |
| To: jeshelton595@gmail.com | |

**From:** jamie@finalverdictsolutions.com <jamie@finalverdictsolutions.com>
**Sent:** Wednesday, February 12, 2025 2:02 PM
**To:** 'SB' <txferrari@gmail.com>
**Cc:** 'Andrew Perrong' <A@perronglaw.com>
**Subject:** RE: WFD Capital LLC v Active World Holdings, Inc. et al

Scott, since my email yesterday to you, you continued to disparage Alfonso on X. This is a breach of our agreement. You wrote:

"The next crypto scammer who is up next on my to do list. John Bunszel @John_Bunszel with Carbon. He along with Alfonso Knoll with @AWC_TheClub ran a token and NFT scam on investors. This is separate from my own $1.4m federal court case win. These scams go deep."

This is disparagement of Alfonso and Active World.

I am going to refer you to Paragraph 1 of your Agreement with WFD which says:

**NON-DISPARAGEMENT AND CONFIDENTIALITY:** As additional consideration, Been agrees to cease further social media posts, podcasts and/or videos, regarding the Judgment Debtors, Active World Holdings Inc. and Alfonso Knoll. Been agrees he will not harass, disparage, slander, defame, or libel the Judgment Debtors in any way, or encourage others to do so. Been further agrees that he will take no actions which are detrimental to or hinder WFD's collection of the sold judgment, including, but not limited to, disclosure of collections strategy, informing Judgment Debtors of the consideration for the sale of the judgment herein, or take any other action which would reasonably impair or hinder WFD's ability to collect. Been agrees he will not contact the Judgment Debtor(s) in the future for any reason. Been also agrees he will not publicly disparage Judgment Debtors, WFD, its principal owner, James Shelton, and/or WFD's legal counsel. The damages of such a breach will be difficult to calculate with precision and may involve speculation, such as to the potential collection value of the judgment**. Therefore, in the event Been breaches this provision of the agreement by engaging in any of the above-described conduct, Been will be liable for liquidated damages of $100,000.00, payable to WFD, plus any reasonable attorney's fees and costs incurred in enforcing such provision.**

We demand that you immediately stop the harassment and disparagement of Alfonso and AWH. WFD reserves all rights under the agreement. Do not post on social media regarding Alfonso or AWH and do not disparage them in any way.

Jamie Shelton

Member, WFD Capital LLC

**From:** Jamie Shelton <jamie@finalverdictsolutions.com>
**Sent:** Tuesday, February 11, 2025 1:40 PM
**To:** SB <txferrari@gmail.com>
**Cc:** Andrew Perrong <A@perronglaw.com>
**Subject:** Fwd: WFD Capital LLC v Active World Holdings, Inc. et al

Scott,

Please see the below from George Lutz. Alfonso forwarded me an email you sent to John Bunzel demanding $5k from him. I don't know all the background here between John and Alfonso/AWH, but we need you not to interfere with any of AWH's business or operations so that we can collect on the judgment. You agreed you wouldn't harass, defame, or disparage Alfonso or AWH in any way, and that continuing to do so would interfere with WFD's ability to collect the judgment from Alfonso and AWH. It's my understanding that the Carbon token is an AWH project that directly is part of AWH's business. Threatening them like this puts WFD in a bad situation because it puts the entire settlement/collection efforts at risk. So I'm asking you as politely as I can, and based on your agreement with WFD, can you please stop harassing John Bunzel who is involved in an AWH project, Carbon?

You are totally free to pursue anybody else you want that isn't involved in Alfonso or AWH's business. We just need you to leave Alfonso and AWH alone so that we can collect the rest of the money.

Thank you!

Jamie Shelton

WFD Capital LLC

Begin forwarded message:

> **From:** Andrew Perrong <a@perronglaw.com>
> **Date:** February 10, 2025 at 2:21:42 PM EST
> **To:** Jamie Shelton <jamie@finalverdictsolutions.com>
> **Subject: Fwd: WFD Capital LLC v Active World Holdings, Inc. et al**
>
> FYI
>
> ---------- Forwarded message ---------
> **From: Andrew Perrong** <a@perronglaw.com>
> Date: Mon, Feb 10, 2025 at 2:20 PM
> Subject: Re: WFD Capital LLC v Active World Holdings, Inc. et al
> To: George Lutz <glutz@hvmllaw.com>

Mr. Lutz,

I am in receipt of this and have communicated these concerns to my client, who I anticipate will communicate them to Mr. Been.

Neither myself nor my client WFD Capital LLC (nor Mr. Shelton for that matter) have anything to do with any of this.

I will be travelling for the better portion of this week and will let you know as soon as I hear.

On Mon, Feb 10, 2025 at 2:16 PM George Lutz <glutz@hvmllaw.com> wrote:

| **To:** | Andrew Perrong, Esquire/a@perronglaw.com |
|---|---|
| **From:** | George M. Lutz, Esquire/glutz@hvmllaw.com |
| **File:** | WFD Capital LLC v Active World Holdings, Inc. et al |
| **Re:** | Scott Been |
| **Date:** | Monday, February 10, 2025 |

Andrew:

My understanding is that WFD Capital is party to an agreement with Scott Been wherein Been agrees not to disparage Active World Holdings, Inc. or otherwise interfere with AWH's operations. However, Alfonso Knoll tells me that the AWH Project Carbon token is now being harassed by Been, who is trying to extort $5,000 from its manager, John Bunzel. Here is an excerpt from the harassing email from Been to Bunzel:

> "Well, I ended Alfonso's career on fraud charges and I think it's fair for me to now start looking in your direction.
>
> This is just a courtesy email demanding $5k on your scam Carbon NFT. I know the payment went to AWC, but the last thing you need is me filing another federal lawsuit against Alfonso so, since you were the CEO of the project, you are on the hook."

Been's efforts in this regard will have a negative effect on AWH's operations and is hindering its ability to generate the funds needed to comply with its obligations to WFD.

Accordingly, I am requesting that WFD exercise whatever authority it has, either contractual or otherwise, to compel Been to cease his defamatory communications. Doing so will be in both AWH's and WFD's best interests. I appreciate your efforts.

Regards,

George Lutz

**George M. Lutz, Esquire**

**Berks County Office**

Hartman, Valeriano, Magovern & Lutz, P.C.

1025 Berkshire Boulevard, Suite 700

Wyomissing, PA 19610

**Lehigh Valley Office**

Hartman, Valeriano, Magovern & Lutz, P.C.

6081 Hamilton Blvd. Suite 600

Allentown, PA 18106

Phone: 610-763-0745

Fax: 610-779-7473

Email: glutz@hvmllaw.com

hvmllaw.com



## Hartman, Valeriano, Magovern & Lutz, P.C.

INNOVATIVE ATTORNEYS. TRADITIONAL VALUES.

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.