**Name:**

Scott Been

**Email Address:**

txferrari@gmail.com

**Phone Number**

2818468804

**Are you filing a new case?**

No, I'm not filing a new case.

**Case Caption**

United States District Court for the Eastern District of Pennsylvania. WFD Capital LLC/Plaintiff(s) V. Scott Been doing business as Legal X Defendant(s). Civil Action No. 25-2630

**Case Number**

2:25-cv-02630-JS

**Description of Document(s)**

"Motion To Dismiss"

**Terms of Submission**

Yes

**Do you have a mailing address?**

No

**Mailing Address Line 1**

n/a

**City:**

n/a

**State:**

n/a

**Zip Code:**

n/a

Show empty values