IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

WFD CAPITAL LLC : Case Number: 2:25-cv-02630-JS
:
:
v. :
:
SCOTT BEEN :

ORDER

AND NOW, this 24th day of June 20__, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add CHAD J. ROBINSON, Esquire as counsel for Plaintiff, WFD Capital LLC. Chad J. Robinson is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 2:25-cv-02630-JS

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, CHAD JONATHAN ROBINSON the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent WFD CAPITAL LLC. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| FLORIDA | 9/28/2008 | 56922 |
| TEXAS | 3/28/2024 | 24139961 |
| California | 5/7/25 | 361008 |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| Middle District of Florida | 9/4/2013 | 56922 |
| Southern District of Florida | 2/18/2010 | 56922 |
| Eastern District of Texas | 9/11/2024 | 24139961 |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for: Plaintiff, WFD CAPITAL LLC

Name of Attorney: CHAD JONATHAN ROBINSON

Firm Address: 2300 NW Corporate Blvd Ste 141, Boca Raton, FL 33431-7359

Telephone Number: 786-519-2423

Email Address: chad@chadrobinson.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2025 | 7:36 PM EDT

(Date)

*Chad J. Robinson* (signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____CHAD JONATHAN ROBINSON_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| __Jeremy C. Jackson__ | _/s/ Jeremy C. Jackson_ | 11/2/2015 | 321557 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Jeremy C. Jackson, Esq., P. O. Box 595, Lemont, PA 16851

jeremy@jeremyjacksonlaw.com

Phone: 814-777-5080

_____

_I declare under penalty of perjury that the foregoing is true and correct._

_Executed on_ ____June 23, 2025_____          _/s/ Jeremy C. Jackson_
              _(Date)_                                         _(Sponsor's signature)_

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

WFD CAPITAL LLC : Case Number: 2:25-cv-02630-JS
:
:
v. :
:
:
SCOTT BEEN :

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of   CHAD J. ROBINSON  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

This document has been filed electronically and is available for viewing and downloading from the ECF system by all parties.

/s/ Jeremy C. Jackson
(Signature of Attorney)

Jeremy C. Jackson
(Name of Attorney)

WFD Capital LLC
(Name of Moving Party)

June 23, 2025
(Date)