Case 2:25-cv-02630-JS Document 24-1 Filed 05/26/26 Page 1 of 2

# Pro Se Electronic Filing

**Name:**

**Scott Been**

**Email Address:**

**txferrari@gmail.com**

**Phone Number**

**2818468804**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**WFD CAPITAL LLC, Plaintiff, v. SCOTT BEEN, d/b/a LEGAL X, Defendant.**

**Case Number**

**2:25-cv-02630-JS**

**Description of Document(s)**

**DEFENDANT SCOTT BEEN'S EMERGENCY MOTION FOR RECONSIDERATION OF DENIAL OF CONTINUANCE OR, IN THE ALTERNATIVE, REQUEST FOR REMOTE APPEARANCE**

**Do you have a mailing address?**

**No**

**Mailing Address Line 1**

**NA**

**Mailing Address Line 2**

**NA**

**City:**

**NA**

**State:**

**NA**

**Zip Code:**

**NA**

**Terms of Submission**

**Yes**

Case 2:25-cv-02630-JS   Document 24-1   Filed 05/26/26   Page 2 of 2

Show empty values