IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WFD CAPITAL LLC                    :        CIVIL ACTION
                                   :
        v.                         :        No. 25-2630
                                   :
SCOTT BEEN                         :

## ORDER

AND NOW, this 27th day of May, 2026, upon consideration of Defendant Scott Been's

Emergency Motion for Reconsideration to Continue Arbitration (Dkt. No. 24), it is ORDERED

the Motion is DENIED.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1]     The Court denied Been's earlier motion to continue the arbitration on May 22, 2026 (Dkt. No. 22) and denied his emergency motion for reconsideration of denial today (Dkt. No. 25). The present motion appears to be the same as his previous emergency motion (Dkt. No. 23). The Court therefore denies this motion for the same reasons.