IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WFD CAPITAL LLC | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-2630 |
| | : | |
| SCOTT BEEN | : | |

## ORDER

AND NOW, this 30th day of June, 2026, upon consideration of Plaintiff's Counsel's Motion to Appear Remotely at the Pre-Trial Conference (Dkt. No. 31), it is ORDERED the Motion is GRANTED. Plaintiff's Counsel is permitted to appear remotely at the pre-trial conference scheduled for July 27, 2026.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.